# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00075-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| ROBERT C. YUTIG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On February 6, 2004, Robert C. Yutig was sentenced in the District Court of Guam for Receiving Bribes by Agents of an Organization Receiving Federal Funds, in violation of 18 U.S.C. §§ 2 and 666(a)(1)(B). He received a sentence of 21 months imprisonment, followed by three years of supervised release.

On September 16, 2005, Mr. Yutig commenced his term of supervised release. His supervised release conditions include: obey all federal, state, and local laws; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not possess a firearm or other dangerous weapon; refrain from the excessive use of alcohol, and shall submit to any method of testing as approved by the U.S. Probation Office for determining whether the defendant is using a prohibited substance. Such method may include urine testing, the wearing of a sweat patch, alcohol testing, and/or any form of prohibited substance screening or testing; obtain and maintain gainful employment; not incur any new lines of credit or debts without prior notice and approval of the U.S. Probation Office; submit financial statements to the U.S. Probation Officer upon request; and pay a $100 special assessment fee.

On April 30, 2008, Mr. Yutig submitted a request to travel to Manila, Republic of the Philippines, for a vacation. His proposed dates of travel are from May 13, 2008 to May 19, 2008.

Request to Travel
Re: YUTIG, Robert C.
Criminal Case No. 03-00075-001
May 1, 2008
Page 2

      To date, Mr. Yutig has been compliant with his supervised release conditions. He paid his $100 special assessment fee on May 29, 2004. He has remained alcohol-free during his term of supervision and maintained a clear financial record. In addition, Mr. Yutig submits his monthly supervision reports in a timely manner, is self-employed and owns a lawn maintenance company. This Officer supports his travel request and seeks Court approval.

                                                     Respectfully submitted,

                                                     ROSSANNA VILLAGOMEZ-AGUON
                                                     Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
                                          U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

Robert C. Yutig
Cr. Cs. No. 03-00075-001
SS# XXX-XX-7194
DOB: XX-XX-1958
HT: 5 ft 8 in
WT: 232 lbs



DATE    May 1, 2008

YOU ARE AUTHORIZED TO TRAVEL TO    **Manila, Republic of the Philippines**

LEAVING    **May 13, 2008**    AND RETURNING    **May 19, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Vacation with his wife.

SPECIAL INSTRUCTIONS    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in the Republic of the Philippines;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

☐ APPROVED    ☐ DISAPPROVED