**IN THE UNITED STATES DISTRICT COURT
FOR THE
TERRITORY OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA**,** | ) | CRIMINAL CASE NO. 03-00075-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| | ) | |
| ROBERT C. YUTIG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:    Request for Early Termination from Supervised Release**

On February 6, 2004, Robert C. Yutig was sentenced in the District Court of Guam by Judge John S. Unpingco for Receiving Bribes by Agents of an Organization Receiving Federal Funds, in violation of 18 U.S.C. §§2 and 66(a)(1)(B).  He was sentenced to 21 months imprisonment, to be followed by a three year supervised release term.

On September 16, 2005, Mr. Yutig commenced his term of supervised release.  His supervised release conditions include: obey all federal, state, and local laws; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not possess a firearm or other dangerous weapon; refrain from the excessive use of alcohol, and shall submit to any method of testing as approved by the U.S. Probation Office for determining whether the defendant is using a prohibited substance.  Such method may include urine testing, the wearing of a sweat patch, alcohol testing, and/or any form of prohibited substance screening or testing; obtain and maintain gainful employment; not incur any new lines of credit or debts without prior notice and approval of the U.S. Probation Office; submit financial statements to the U.S. Probation Officer upon request; and pay a $100 special assessment fee.

Mr.Yutig has satisfied all of his court-ordered conditions.  He paid his $100 special assessment fee on May 29, 2004.  He has remained alcohol-free during his term of supervision and maintained a clear financial record. In addition, Mr. Yutig submits his monthly supervision reporfts in a timely manner and is self-employed and owns a lawn maintenance company Mr. Yutig has maintained compliance, a positive attitude, and appears to have made sound decisions in his personal life.

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re:     YUTIG, Robert C.
Criminal Case No. 03-00075-001
May 1, 2008
Page 2

Mr. Yutig is requesting for early termination as he will be relocating with his family to San Diego, California, where he intends to remain indefinitely.  His term will expire on September 15, 2008.

In light of the above information, this Officer respectfully requests early termination by the Court, pursuant to 18 U.S.C. §3563(c), as such action is warranted by Mr. Yutig's full compliance with his conditions of supervised release, and is in the interest of justice.

RESPECTFULLY submitted this 1st day of May 2008.

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:     AUSA
Defense Counsel
File

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

v.

CRIMINAL CASE NO.    03-00075-001

ROBERT C. YUTIG

On September 16, 2005, Robert C. Yutig was placed on supervised release for three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Robert C. Yutig be discharged from supervised release.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

 /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:  AUSA
     Defense Counsel
     File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.