| PROB 35 | **Report and Order Terminating Supervised Release** |
| (3/07) | **Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

       v.                       CRIMINAL CASE NO.   03-00075-001

ROBERT C. YUTIG

      On September 16, 2005, Robert C. Yutig was placed on supervised release for three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Robert C. Yutig be discharged from supervised release.

                                                         Respectfully submitted,

                                                         ROSSANNA VILLAGOMEZ-AGUON
                                                         Chief U.S. Probation Officer


                                                        /s/ JUDY ANNE L. OCAMPO
                                                        U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
          U.S. Probation Officer Specialist
          Supervision Unit Leader

cc:  AUSA
      Defense Counsel
      File

### ORDER OF COURT

     Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.



                                            /s/ Frances M. Tydingco-Gatewood
                                                 Chief Judge
                                             Dated: May 06, 2008